IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTI LYN LUNBERY,

    Petitioner,        No. CIV S-07-1279 MCE GGH P

   vs.

TINA HORNBEAK, et al.,

    Respondents.       <u>ORDER</u>

_____/

    On August 23, 2007, respondent filed an application for an extension of time to file a response to petitioner's application for a petition for writ of habeas corpus.

    Good cause appearing, IT IS HEREBY ORDERED that respondent's August 23, 2007, application for extension of time is granted; respondent's response to the petition is due on or before September 23, 2007.

DATED: 9/4/07

                    /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

lun1279.eot