IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTI LYN LUNBERY,

    Petitioner,        No. CIV S-07-1279 GGH P

    vs.

TINA HORNBEAK,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. According to court records, she is represented by counsel Juliana Drous. On October 9, 2007, petitioner filed a motion for appointment of counsel.

        Counsel Drous has filed no pleadings suggesting that she no longer represents petitioner. In addition, the motion does not state whether petitioner is seeking appointment of Drous or some other lawyer. These matters must be clarified.

/////
/////
/////
/////
/////

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's October 9, 2007,
2 motion for appointment of counsel is vacated pending receipt of briefing from petitioner's
3 counsel clarifying this motion.
4 DATED: 10/18/07

5                                                    /s/ Gregory G. Hollows
6                                                  UNITED STATES MAGISTRATE JUDGE

8 lun1279.110