IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTI LYN LUNBERY,

    Petitioner,                No. CIV S-07-1279 GGH P

    vs.

TINA HORNBEAK, et al.,         <u>ORDER</u>

    Respondents.

_____/

    On October 22, 2007, petitioner filed a motion requesting the appointment of attorney Juliana Drous to represent her in these proceedings. Attached to this request is a declaration by Ms. Drous discussing her previous representation of petitioner. While the court finds that appointment of counsel is warranted, the Federal Defender is ordered to inform the court whether appointment of Ms. Drous, in particular, is appropriate.

    IT IS HEREBY ORDERED that:

    1. The Office of the Federal Defender shall inform the court within thirty days of the date of this order whether appointment of Ms. Drous is appropriate;

/////

/////

/////

1

1        2. The Clerk of the Court is directed to serve this order on David Porter, Assistant
2  Federal Defender.
3  DATED: 11/7/07

                                                                         /s/ Gregory G. Hollows
4
                                                                        UNITED STATES MAGISTRATE JUDGE
5  lun110.ord