```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10   KRISTI LYN LUNBERY,
11              Petitioner,              No. CIV S-07-1279 GGH P
12        vs.
13   TINA HORNBEAK, et al.,               ORDER
14              Respondents.
15   _____/
```

16    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17 habeas corpus pursuant to 28 U.S.C. § 2254.  On October 22, 2007, petitioner filed a motion

18 requesting the appointment of attorney Juliana Drous to represent her in these proceedings.  On

19 November 7, 2007, the court ordered the Office of the Federal Defender to inform the court

20 whether appointment of Ms. Drous was appropriate.

21    On January 15, 2008, the Federal Defender filed a response to the November 7,

22 2007, order.  Good cause appearing, the court has determined that the interest of justice require

23 appointment of Juliana Drous to represent petitioner.  See 18 U.S.C. § 3006A(a)(2)(B); see also

24 Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

25 /////

26 /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's October 9, 2007, motion for appointment of counsel is granted;

2. Juliana Drous is appointed to represent petitioner.

DATED: 01/30/08                             /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

lun1279.110