IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTI LYN LUNBERY,

    Petitioner,             No. CIV S-07-1279 GGH P

    vs.

TINA HORNBEAK, et al.,

    Respondents.         ORDER

_____/

         Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's November 10, 2008, denial of her application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

         A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

         A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) whether trial counsel rendered ineffective assistance by failing to present expert testimony; 2) whether the trial court violated her right to a fair trial be excluding evidence of third party culpability; 3) whether her right to due process was violated by the trial court's failure to admonish the jury following prosecutorial misconduct; and 4) whether her right to due process was violated by the admission into evidence of her confession which petitioner contends was involuntary.[2]

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: November 21, 2008.

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

lun1279.coa

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.

[2] The undersigned does not issue a COA for the failure to impose sanctions issue proffered by petitioner.