IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTI LYN LUNBERY,

      Petitioner,                    No. CIV S-07-1279 GGH P[1]

   vs.

TINA HORNBEAK, et al.,

      Respondents.             <u>ORDER</u>

_____/

      On November 10, 2008, the court denied petitioner's application for writ of habeas corpus. Petitioner appealed and on July 12, 2010, the Ninth Circuit Court of Appeals issued a Mandate that the judgment of the district court be reversed and the case remanded. Docs. 38, 39.

      Respondent is directed, within forty-five days, to commence legal proceedings in state court leading to either a plea, new trial or other resolution for petitioner. If no proceedings are commenced within forty-five days petitioner shall be released.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Respondent is directed, within forty-five days, to commence legal proceedings

---

[1] This case proceeds before the undersigned pursuant to 28 U.S.C. § 636(c).

1

leading to either a plea, new trial, or other resolution for petitioner;

        2. If no proceedings are commenced within forty-five days petitioner shall be released.

Dated: July 19, 2010

                                      /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

ggh: ab
lunbery1279.ord